UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| ADAM STUART ROSENBLUM, | ) |
|---|---|
| Petitioner, | ) |
| v. | ) No.: 1:21-CV-280-DCLC-SKL |
| FRANKLIN COUNTY JAIL, | ) |
| Respondent. | ) |

## JUDGMENT ORDER

In accordance with the accompanying Memorandum Opinion, this pro se prisoner's petition for habeas corpus relief pursuant to 28 U.S.C. § 2254 is **DISMISSED** for want of prosecution and failure to comply with Court order pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. A certificate of appealability **SHALL NOT** issue.

Because the Court **CERTIFIED** in the Memorandum Opinion that any appeal from this order would not be taken in good faith, should Petitioner file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* Fed. R. App. P. 24.

The Clerk is **DIRECTED** to close the file.

**SO ORDERED**.

**ENTER:**

                                                    s/Clifton L. Corker
                                                    United States District Judge

ENTERED AS A JUDGMENT
 /s/ LeAnna R. Wilson
CLERK OF COURT